**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RAYMOND RONK AND MELISSA BENSON,

          Petitioners

        v.

JUDITH ISRAEL,

          Respondent

:  No. 142 WAL 2017
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.